## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In re:  VINCENT DIXSON                                Case No. 06-12881

      Debtor                                                              Chapter 7

## AMENDED STATEMENT OF THE UNITED STATES TRUSTEE
## PURSUANT TO 11 U.S.C. §704(b)

      The United States Trustee for Region 5 ("UST") hereby gives notice that it is amending the January 16, 2007 statement filed by UST. In support hereof, UST states that:

      1. Vincent Dixson("debtor") filed a voluntary Chapter 7 petition on November 6, 2006.

      2. On January 16, 2007, pursuant to 11 U.S.C. §704(b)(1), UST filed a statement declaring that the debtor's case was presumed to be an abuse under § 707(b) (the "Abuse Statement").

      3. Contrary to the debtor's indication that his debt is primarily consumer debt, the UST has determined that the debt in this case is not primarily consumer debt, as required by 11 U.S.C. 707(b).

      Accordingly, the Abuse Statement is hereby amended to reflect that the debtor's case is not a presumed abuse under §707(b).

      Respectfully submitted,

      R. Michael Bolen
      United States Trustee
      Region 5, Districts of
      Louisiana and Mississippi

      by: /s/ Sammye S. Tharp
      Sammye S. Tharp
      Trial Attorney

Sammye S. Tharp,
Trial Attorney
United States Trustee's Office
Suite 706, McCoy Federal Building
100 West Capitol
Jackson, MS 39269
Telephone no. (601)965-5241
Facsimile no. (601)965-5226
Miss. Bar no.10016

## CERTIFICATE OF SERVICE

    I, Sammye S. Tharp, Trial Attorney for the Office of the U. S. Trustee, do hereby certify that a true and correct copy of the foregoing Amended Statement of the U. S. Trustee in the above styled and numbered case has been tendered to the individuals listed below by U. S. Mail, postage prepaid, *and/or electronic mailing* on this the 16th day of February, 2007.

    Franklin B. Liebling
208 N. Spring St.
Tupelo, MS 38804

Stephen P. Livingston, Sr.
P.O. Box 729
New Albany, MS 38652

    /s/ Sammye S. Tharp
Sammye S. Tharp